# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| C510 | 9017381 | BUSCH | 2312 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 05/21/2021 0640
Offense Charged: ☒ CFR ☐ USC ☐ State Code
38 CFR 1.218(b)(13)

Place of Offense: 3350 LA JOLLA VILLAGE DR SAN DIEGO CA
SD VETERAN HOSPITAL STRUCTURE I SIDEWALK

Offense Description: Factual Basis for Charge  HAZMAT ☐
LOITERING

### DEFENDANT INFORMATION

Last Name: ANAYA
First Name: GABRIELA
M.I.: NMN

Street Address: [redacted]

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100   Forfeiture Amount
+ $30   Processing Fee
$ 130   Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Gabriela Anaya

Original - CVB Copy

*9017381*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on MAY 21, 2021 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHED

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/21/2021   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident